IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| VS. | : | 7:06-CR-4(HL) |
| JESUS DIAZ, | : | |
| Defendant. | : | |

# O R D E R

    This defendant, who is charged along with a co-defendant with Possession With Intent to Distribute More Than 500 Grams of Methamphetamine is a Mexican citizen.  All of his relatives presently reside in Mexico.  His only connection with the Middle District of Georgia is his arrest for the above offense.  Upon his initial appearance on June 14, 2006, the Office of the United States Attorney orally moved for pre-trial detention, to be followed by an electronically filed motion.  The defendant, through appointed counsel, acknowledges that given his present circumstances, there is no condition or combination of conditions that will reasonably assure his presence  in Court and he therefore waives a hearing on the motion seeking pre-trial detention.

    Accordingly, the motion for pre-trial detention is **GRANTED.**  The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 21st   day of June 2006.

                                                  */s/ Richard L. Hodge*  
                                                  RICHARD L. HODGE  
                                                  UNITED STATES MAGISTRATE JUDGE